# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

This case has been assigned to:

    District Judge  **Kenly Kiya Kato**
    Magistrate Judge  **David T. Bristow**

The case number on all documents filed with the Court should read as follows:

**5:24−cv−00852−KK (DTBx)**

District judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. Discovery-related motions should be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts.gov/judges-requirements, for additional information.

 

Clerk, U.S. District Court

April 23, 2024
Date

By /s/ *Estrella Liberato*
Deputy Clerk

---

### ATTENTION

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned-district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*

---

CV-18 (08/19)          **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**