AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California ▾

| | |
|---|---|
| GARY BLACKWELL, an individual; and SHANNON LUELLEN, an individual <br><br>*Plaintiff(s)* <br><br> v. <br><br> CITY OF BEAUMONT, a public entity; OFFICER ANTHONY BECERRA, an individual, OFFICER FABIAN SALINAS, an individual; (SEE ATTACHMENT 1) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 5:24-cv-00852-KK (DTBx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   City of Beaumont
City Attorney's Office
550 E. 6th Street
Beaumont, CA 92223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Tapetillo
Kimberly Casper
GERAGOS & GERAGOS, APC
644 South Figueroa Street
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   4/26/24

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-00852-KK (DTBx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                                              .

❑  I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____  ; or

❑  I returned the summons unexecuted because _____  ; or

❑  Other *(specify):*



My fees are $ _____  for travel and $ _____  for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
Geragos@Geragos.com

DANIEL TAPETILLO        SBN 297658
KIMBERLY CASPER        SBN 333896

Attorneys for Plaintiffs *GARY BLACKWELL and SHANNON LUELLEN*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BLACKWELL, an individual; and SHANNON LUELLEN, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BEAUMONT, a public entity; OFFICER ANTHONY BECERRA, an individual, OFFICER FABIAN SALINAS, an individual; OFFICER JESSICA RODRIGUEZ, an individual; OFFICER KEVIN NGUYEN, an individual; OFFICER ANTHONY ROJAS; an individual, SERGEANT RANDALL MARSH; an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.:**<br><br>**COMPLAINT FOR DAMAGES:**<br><br>1. **ASSAULT**<br>2. **BATTERY**<br>3. **NEGLIGENCE;**<br>4. **WRONGFUL DEATH;**<br>5. **VIOLATION OF CIVIL CODE § 52.1**<br>6. **VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)**<br><br>**DEMAND FOR JURY TRIAL**<br><br>*CIVIL - UNLIMITED* |

- 1 -

COMPLAINT FOR DAMAGES