# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gary Blackwell et al

v.

City of Beaumont et al

PLAINTIFF(S)

DEFENDANT(S).

CASE NUMBER

5:24-cv-00852-KK-DTBx

**ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1**
**(Magistrate Judge Related Cases)**

[This form shall be used only in cases which do not qualify for direct assignment to the most recently assigned magistrate judge (see General Order 05-07).]

## CONSENT

I hereby consent to transfer of the above-entitled case ☐ as to matters referred pursuant to General Order 05-07 ☒ as to any discovery matters that are or may be referred to a Magistrate Judge to my calendar pursuant to Local Rule 83-1.3.1 and this Court's General Orders.

__April 29, 2024__
Date

_/s/ Karen L. Stevenson_
United States Magistrate Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date

_____
United States Magistrate Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __5:23-cv-02431-KS__ and the present case:

☒ A.  Arise from the same or closely related transactions, happenings or events; or
☒ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges.

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials __KS__ after the case number in place of the initials of the prior judge, so that the case number will read __5:24-cv-00852-KK-KSx__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34A (06/23)   ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)